JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JESSE JAMES MONTES,                   )   Case No. 2:17-cv-01432-JGB-JC
                                      )
                    Petitioner,       )
                                      )   JUDGMENT
            v.                        )
                                      )
SCOTT FRAUENHIEM, Warden,             )
                                      )
                    Respondent.       )
_____

        Pursuant to this Court's Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person
in State Custody is denied and this action is dismissed with prejudice.

        IT IS SO ADJUDGED.

DATED: February 26, 2020

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE